


FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 30 2012 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York
Article III Judge
225 Cadman Plaza
Brooklyn, New York 11201

| | |
|---|---|
| Sharon Pitter El, Sui Juris<br><br>Non Pro Se<br><br>      Plaintiff(s),<br><br>      vs.<br><br>Mark J. O'Brien, Steven R. Berrard, Ellyn L. Brown, Denmar J. Dixon, William J. Meurer, Shannon E. Smith, Michael T. Tokarz, Charles E. Cauthen, Kimberly A. Perez, Kristen Aune<br><br>      Defendant(s) | Case No. 1:12-cv-01793-DLI-JMA<br>Adversary No. 24621<br><br>Plaintiffs' Opposition to Motion to Dismiss |

### Legal Standard

1. If the Plaintiff is entitled to some form of legal remedy, the motion to dismiss must be denied. Conley v. Gibson, 355 U.S. 41 (1957, 78 S. Ct 99, 102: Dela Cruz v Tormey (582 F. 2D 45, 48 9th Cir. 1978).

"The motion to dismiss for failure to state a claim is viewed with disfavor and is rarely granted." Gilligan v. Jamco Development Corp., 108 F. 3d 246, 249 (9th Cir. 1997)

2. Contrary to defendants' contention, defense counsel's service of a notice of appearance did not trigger plaintiff's obligation to serve a complaint under CPLR 3012(b) ("If no demand is made, the complaint shall be

  

served within twenty days after service of the notice of appearance"). Because there is no evidence, indeed no claim, that defendants designated their attorney pursuant to CPLR 318 as their agent for service of process, defendants' attorney lacked authority to accept service of process on behalf of defendants (see Broman v. Stern, 172 A.D.2d 475, 476, 567 N.Y.S.2d 829 [1991]).

3. Accordingly, I respectfully submit this opposition against the request for dismissal submitted for Defendants and a jury trial by my peers is requested.

Respectfully submitted this 26 day of May 2012 = 1432 M.C.

**Notice to the Agent is Notice to the Principal — Notice to the Principal is Notice to the Agent.**

Please send all future correspondence in c/o the designated numbers placed on the box located at the geographical location listed herein. All correspondences sent otherwise will not satisfy proper service or communication.

Thank You,
I Am;

Sharon Pitter El, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:U.C.C. 1-207/ 1-308; U.C.C.1-103
New York Territory
[c/o 161-27 118th Road]
[Queens, New York Republic
[Zip Exempt]]
Northwest Amexem

CC:

International Court of Justice

United States Attorney General Eric Holder

  

## THE MOORISH NATIONAL REPUBLIC
### MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

# Affidavit of Fact
(Summons and Complaints)

Sharon Pitter El, Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
New York Territory
[161-27 118th Road]
[Queens, New York Republic [Zip Exempt]
Northwest Amexem
                Plaintiff

v.

Mark J. O'Brien (MARK J. O'BRIEN) Chairman of the Board and Chief Executive Officer of Walter Investment
Steven R. Berrard (STEVEN R. BERRARD) Director of Walter Investment
Ellyn L. Brown (ELLYN L. BROWN) Director of Walter Investment
Denmar J. Dixon (DENMAR J. DIXON) Vice Chairman of the Board of Directors and Executive Vice President of Walter Investment
William J. Meurer (WILLIAM J. MEURER) Director of Walter Investment
Shannon E. Smith (SHANNON E. SMITH) Director of Walter Investment
Michael T. Tokarz (MICHAEL T. TOKARZ) Director of Walter Investment
Charles E. Cauthen (CHARLES E. CAUTHEN) President and Chief Operating Officer of Walter Investment
Kimberly A. Perez (KIMBERLY A. PEREZ) Vice President, Chief Financial Officer and Treasurer of Walter Investment
Kristen Aune (KRISTEN AUNE)

GREEN TREE SERVICING LLC
1160 Centre Pointe Drive Suite 1
Mendota Heights, Minnesota 55120
United States

                Defendants

**United States Postal Services number: 7010-1060-0001-5677-3761**

### Jurisdiction

This action containing complaints for declaratory relief and for damages is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

The Zodiac Constitution Birthright of The Moorish American (*The Beys and Els*) Article 2:
Since the twelve Juryman's of the fifty Union States, Magna Charta document of White Supremacy and the nine Judges of their Supreme Court were founded upon our Moorish Zodiac Twelve Signs, Mathematical Constitution, the Lawmakers have no jurisdiction over the Free Moors, the Beys and Els, in the inherited land of the Moorish nation, namely: United States of America, Canada, Central and South America. The Moorish American Nationality, and their sir names, Bey and El, are their inherited birthrights without a legal due process of the lawmakers of the Union Society, United States of America. What our Moorish forefathers were, we are today without a doubt or contradiction, namely, Moorish.
The United States Constitution Preamble:

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## Venue

Original Jurisdiction United States Supreme Court

## Plaintiff

Sharon Pitter El, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States
### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## Defendants

Mark J. O'Brien (MARK J. O'BRIEN) Chairman of the Board and Chief Executive Officer of Walter Investment
Steven R. Berrard (STEVEN R. BERRARD) Director of Walter Investment
Ellyn L. Brown (ELLYN L. BROWN) Director of Walter Investment
Denmar J. Dixon (DENMAR J. DIXON) Vice Chairman of the Board of Directors and Executive Vice President of Walter Investment
William J. Meurer (WILLIAM J. MEURER) Director of Walter Investment
Shannon E. Smith (SHANNON E. SMITH) Director of Walter Investment
Michael T. Tokarz (MICHAEL T. TOKARZ) Director of Walter Investment
Charles E. Cauthen (CHARLES E. CAUTHEN) President and Chief Operating Officer of Walter Investment
Kimberly A. Perez (KIMBERLY A. PEREZ) Vice President, Chief Financial Officer and Treasurer of Walter Investment
Kristen Aune (KRISTEN AUNE)

## Facts

In support of this petition I state for the record:

1. October 26, 2011, Writ of Discovery (See Exhibit 1) requesting a succinct copy of a contract with a bona fide signature related to loan documents along with 11 additional questions relating to how Green Tree Servicing LLC acquired a lawful interest in property in question; on or prior to November 14, 2011 to make a physical inspection and verify and Witness the same. Writ of Discovery (See Exhibit 1) was sent certified mail to Green Tree Servicing LLC and was delivered on October 29, 2011 per the United States Republic Postmaster. This was a Lawful Demand and Request, under the rule of Discovery. It was further stated to provide the information within ten (10) days of receipt of this Notice of Discovery.
2. I stated for the record the original contract has to be disclosed as this is the premise for this claim and without it there can be no claims – All Law is Contract.
3. Twenty days (20) after the Writ of Discovery (See Exhibit 1) was sent certified return receipt the Notice of Default Judgment (Exhibit 2) was submitted on November 15, 2011 and was confirmed as delivered on November 18, 2011 per the United States Republic Postmaster as the demands in the Writ of Discovery were not honored (Exhibit 1).

4. Note and Mortgage are void because said Note and Mortgage are not supported by any lawful consideration nor did Plaintiff receive any lawful consideration for said Note and Mortgage.
5. Defendant is in violation of the laws relating to forgery and usury by creating unlawful money and credit on their books by using bookkeeping entry.
6. Defendant has no right title or interest in the premise or lien thereon.
7. Defendant is cited for concussion on October 21, 2011 through certified letter sent by the United States Postal services.
8. Plaintiff has not proved that they have a right to collect debt in the Republic State of New York (HJR 192).

### RELIEF

1. **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, Sharon Pitter El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, Sharon Pitter El, demand this United States Federal Court stop these abuses of the colorable authority by the Defendant as it pertain to this Petitioner.

3) I, Sharon Pitter El, demand if any criminal charges be found, let them be placed upon the Defendant.

4) I, Sharon Pitter El, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, Sharon Pitter El do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Defendant to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Defendant, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Defendant Mark J. O'Brien (MARK J. O'BRIEN), is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

10) Defendant Steven R. Berrard (STEVEN R. BERRARD) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

11) Defendant Ellyn L. Brown (ELLYN L. BROWN) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

12) Defendant Denmar J. Dixon (DENMAR J. DIXON) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

13) Defendant William J. Meurer (WILLIAM J. MEURER) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

14) Defendant Shannon E. Smith (SHANNON E. SMITH) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

15) Defendant Michael T. Tokarz (MICHAEL T. TOKARZ) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

16) Defendant Charles E. Cauthen (CHARLES E. CAUTHEN) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

17) Defendant Kimberly A. Perez (KIMBERLY A. PEREZ) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

18) Defendant Kristen Aune (KRISTEN AUNE) is being sued for $1,500,000 for compensatory damages and $1,500,000 for punitive damages in its official capacity payable in lawful money.

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Please be sure to sign all future correspondence, and send it to the address as it appears below. If you are not the intended recipient(s) please forward to the correct department or return to sender. Note: By corresponding to any future Writ concerning this matter, you will have agreed to be liable in your corporate and private capacity under penalty of perjury!

Respectfully submitted this 30 day of December 2011 = 1431 M.C.

I Am: _____
Sharon Pitter El, Authorized Representative
Natural Person. In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
New York Territory
[c/o 161-27 118th Road]
[Queens, New York Republic [Zip Exempt]]
Northwest Amexem

cc:

International Court of Justice

United States Attorney General Eric Holder

Case 1:12-cv-01793-DLI-JMA   Document 4   Filed 05/30/12   Page 7 of 9 PageID #: 25

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   [handwritten address, illegible]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] Barbara Donahue
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Barbara Donahue

C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number: 7010 1060 0001 5677 3761

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

SAINT PAUL MN 55120

| | | |
|---|---|---|
| Postage | $0.44 | 0234 |
| Certified Fee | $2.85 | 56 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.59 | 12/30/2011 |

7010 1060 0001 5677 3761




English | Customer Service | USPS Mobile | Register / Sign In



USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000156773761 | First-Class Mail® | Delivered | January 03, 2012, 11:49 am | SAINT PAUL, MN 55120 | |

### Check on Another Item

What's your label (or receipt) number?

[                                        ]  Find



Sharon Pitts-Ell
16127 118th Road
Queens New York
Republic

CERTIFIED MAIL
7010 1060 0001 5676 7708

United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn New York 11201

U.S. POSTAGE PAID
JAMAICA, NY 11434
MAY 26, 12
AMOUNT $5.07
00038599-38